**Order entered December 29, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01078-CV

## IN RE FREDERICK SCROGGINS AND WERNER ENTERPRISES, INC., Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01483**

## ORDER
Before Justices Schenck, Partida-Kipness, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/     ERIN A. NOWELL
        JUSTICE